IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-00019-RPM

GERALD SCOTT HARPER,

      Plaintiff,
vs.

PATRICK FITZGIBBONS,
JOSHUA SUNDBERG,
DAVID McCLAIN,
ROBERT SAMPSON,
SGT. MICHAEL MILLER and
SGT. JAY LANPHERE,

      Defendants.

_____

## ORDER SETTING SCHEDULING CONFERENCE
_____

      Pursuant to D.C.COLO.LCivR 16, it is

      ORDERED that a scheduling conference will be held on **May 2, 2014, at 11:30 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/JudicialPracticeStandards/SeniorArticleIIIJudges/HonRichardPMatsch.aspx (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 11/11). The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on April 24, 2014.** The conference is conducted with <u>lead</u> <u>counsel</u> <u>present</u> <u>in</u> <u>person</u>. No parties or

representatives of parties will be permitted to attend. Initial disclosures under Rule 26(a)(1) will be completed no later than 10 calendar days before the scheduling conference.

DATED: March 14th, 2014

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge