IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-00019-RPM

GERALD SCOTT HARPER,

    Plaintiff,

vs.

PATRICK FITZGIBBONS,
JOSHUA SUNDBERG,
DAVID McCLAIN,
ROBERT SAMPSON,
SGT. MICHAEL MILLER and
SGT. JAY LANPHERE,

    Defendants.

_____

ORDER EXTENDING DISCOVERY DEADLINE
_____

Upon review of Defendants' motion to extend the discovery deadline to November 14, 2014, [Doc. 17], it is

ORDERED that the motion is granted.

DATED: October 31st, 2014

                        BY THE COURT:

                        s/Richard P. Matsch
                        _____
                        Richard P. Matsch, Senior Judge