IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-00019-RPM

GERALD SCOTT HARPER,

    Plaintiff,

vs.

PATRICK FITZGIBBONS,
JOSHUA SUNDBERG,
DAVID McCLAIN,
ROBERT SAMPSON,
SGT. MICHAEL MILLER and
SGT. JAY LANPHERE,

    Defendants.

_____

ORDER SETTING TRIAL DATE
_____

    Pursuant to the pretrial conference today, it is

    ORDERED that this matter is set for trial to jury on **August 31, 2015, at 8:30 a.m.,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at

http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/JudicialPracticeStandards/SeniorArticleIIIJudges/HonRichardPMatsch.aspx .

    DATED:   January 21st, 2015

                           BY THE COURT:

                           s/Richard P. Matsch
                           _____
                           Richard P. Matsch, Senior Judge